IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSE RAUL PALACIOS,<br><br>Plaintiff,<br><br>v.<br><br>AMARILLO POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | 2:25-CV-131-Z-BR |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case as frivolous and for failure to state a claim under 28 U.S.C. Section 1915(e)(2)(B). ECF No. 14. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 14) is **ADOPTED**. The claims against Defendant Jimmy Johnson are **DISMISSED with prejudice**. The claims against Defendants Officer Carrol and Cynthia Palacios are **DISMISSED with prejudice** until the conditions of *Heck v. Humphrey* are met.

**SO ORDERED.**

September 26, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE